Order entered November 8 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-01047-CR

**KENNETH WAYNE RAPER, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. F10-34700-S

# ORDER

The Court **GRANTS** appellant's November 6, 2012 motion for extension of time to file appellant's brief.

We **ORDER** to file the brief within **THIRTY DAYS** from the date of this order.

CAROLYN WRIGHT
CHIEF JUSTICE